UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:11-cr-15-2D

UNITED STATES OF AMERICA

vs.

McKINLEY FOGG

ORDER TO SEAL SUBMISSION
OF DOCUMENTS

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE#54. The court further directs that a copy of the sealed document be provided to opposing counsel, Mr. Glenn Perry.

So ORDERED this the _21_ day of October, 2011.

*James Dever*
JAMES C. DEVER, III
US DISTRICT JUDGE